UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 23-3427 SVW (PVC)                                      Date: June 7, 2023

Title  Joseph Randolph Mays v. Brian Birkholz

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None | None |

**PROCEEDINGS:**  **[IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

　　On May 4, 2023, Joseph Randolph Mays ("Petitioner"), an inmate housed at the United States Penitentiary Lompoc proceeding *pro se*, filed a habeas petition pursuant to 28 U.S.C. § 2241.  ("Petition," Dkt. No. 1).  On May 5, 2023, the Court issued a Notice of Reference informing Petitioner of the District Judge to whom his case had been assigned and the Magistrate Judge to whom the matter had been referred for further proceedings.  ("Notice," Dkt. No. 3).  The Notice was sent to Petitioner at his address of record.  On June 5, 2023, the Notice was returned to the Court as undeliverable, stating "Return to Sender, Unable to Forward."  (Dkt. No. 4).  Thus, the Court does not have a current address for Petitioner and is unable to move this case forward.

　　Petitioner is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-3427 SVW (PVC)                                    Date:  June 7, 2023

Title          Joseph Randolph Mays v. Brian Birkholz

and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

The deadline for Petitioner to notify the Court of his current address was May 19, 2023, *i.e.*, fourteen days after the date the Court's Notice was issued on May 5, 2023. Petitioner is therefore **ORDERED TO SHOW CAUSE**, within **fourteen days** of the date of this Order, why this action should not be dismissed pursuant to Local Rule 41-6 for Petitioner's failure to provide a current address.  Petitioner may discharge this Order by filing a response with a current address.

**Instead of filing a response to the instant Order, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.  However, Petitioner is advised that any dismissed claims may be later subject to the one-year statute of limitations under 28 U.S.C. § 2244(d)(1), which provides that "[a] 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court."**

**Petitioner is expressly cautioned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-3427 SVW (PVC)                                         Date:  June 7, 2023

Title        Joseph Randolph Mays v. Brian Birkholz

    The Clerk of the Court is directed to serve a copy of this Order upon Petitioner at his current address of record.

    IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |