UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03427-SVW-PVC | Date | September 6, 2023 |
|---|---|---|---|
| Title | Joseph Randolph Mays v. Brian Birkholz | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on July 28, 2023, issued an order denying the in forma pauperis application, and granting thiry days to pay a $5.00 filing fee.

To date, the plaintiff has failed to pay the filing fee.

The Court orders the case dismissed.

                                                                                                       :
                                                                        Initials of Preparer       PMC