# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RANDOLPH MAYS,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>J. DOERER, Warden,[1]<br><br>　　　　　　　Respondent. | Case No. CV 23-3427 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

---

[1] J. Doerer, Warden of Federal Correctional Institution (FCI) II, in Victorville, California, where Petitioner is incarcerated (Dkt. No. 18 at 1 n.1), is substituted for Brian Birkholz, the Respondent named in the Petition. *See* Fed. R. Civ. P. 25(d).

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Petitioner at his current address of record and on counsel for
3  Respondent.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: September 4, 2024
8  STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE