JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSEPH RANDOLPH MAYS,              Case No. CV 23-3427 SVW (PVC)

12                    Petitioner,

13          v.                                        **JUDGMENT**

14   J. DOERER, Warden,[1]

15                    Respondent.

16

17

18          Pursuant to the Court's Order Accepting Findings, Conclusions, and

19   Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that

20   the above-captioned action is dismissed with prejudice.

21

22   DATED:  September 4, 2024

23                                    _____

24                                    STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE
25

26

27   _____
[1] J. Doerer, Warden of Federal Correctional Institution (FCI) II, in Victorville,
28   California, where Petitioner is incarcerated (Dkt. No. 18 at 1 n.1), is substituted for Brian
     Birkholz, the Respondent named in the Petition. See Fed. R. Civ. P. 25(d).